## Harper *v.* Gettleman, Appellant.

Argued November 13, 1957. Before RHODES, P. J., HIRT, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (GUNTHER, J., absent).

*Silvestri Silvestri,* with him *Stone & Silvestri,* for appellant.

*Charles E. McKissock,* for appellee.

OPINION PER CURIAM, November 19, 1957:

The six judges who heard the argument of this case being equally divided in opinion, the judgment of the court below is affirmed.